**DEROSIER v. WNA, INC./IMPERIAL FIRE HOSE CO.**

[356 N.C. 431 (2002)]

MARIE DEROSIER, Employee v. WNA, INCORPORATED/IMPERIAL FIRE HOSE COMPANY, Employer; and THE TRAVELERS INSURANCE COMPANY, Carrier

No. 249A02

(Filed 22 November 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 597, 562 S.E.2d 41 (2002), reversing an opinion and award entered by the North Carolina Industrial Commission on 7 September 2000 and remanding for further proceedings. Heard in the Supreme Court 16 October 2002.

*Devore Acton & Stafford, P.A., by William D. Acton, Jr. for plaintiff-appellant.*

*Hedrick, Eatman, Gardner & Kincheloe, L.L.P., by Paul C. Lawrence and Terry L. Wallace, for defendant-appellees.*

PER CURIAM.

AFFIRMED.